USDC- BALTIMORE
'24 DEC 4 PM4:00



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  CRIMINAL NO. MJM 24cr 352 |
| NICHOLAS PARKS, | *  UNDER SEAL |
| Defendant. | * |

*******

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing the Indictment and arrest warrant in the above-captioned matter. In support of this motion, the government states as follows:

1. On December 4, 2024, the Grand Jury returned an Indictment charging the defendant with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h).

2. The government requests that the Indictment and arrest warrant be sealed because the criminal investigation is ongoing, additional investigative steps are expected or underway, and the defendant is likely not aware of the existence or the scope of the investigation. Accordingly, premature disclosure of the criminal charges would create a significant likelihood that the defendant and any other co-conspirators will flee, dispose of or tamper with evidence, or intimidate or tamper with witnesses. Additionally, premature disclosure could endanger federal agents and compromise the ongoing federal investigation.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Indictment and arrest warrant, along with this Motion and the Court's reasons for sealing, if made express in the Order, be placed under seal until further order of this Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____
Alexander Levin
Assistant United States Attorney

ORDERED as prayed this ____ day of December, 2024.

_____
The Hon. Charles D. Austin
United States Magistrate Judge